UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK EALY, | No. 2:16-cv-1579 AC P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has not, however, filed a properly completed in forma pauperis affidavit[1] or paid the required filing fee of $350.00 plus the $50.00 administrative fee.[2]  See 28 U.S.C. §§ 1914(a), 1915(a).  Plaintiff will be provided the opportunity to submit a fully completed affidavit in support of his request to proceed in forma pauperis or to submit the required fees totaling

---

[1] Specifically, plaintiff did not answer Questions 2, 3 or 7, and did not provide the date of his signature. All questions must be answered in a newly-filed in forma pauperis application, and bear the date of plaintiff's signature.  Plaintiff's notation that his signature was made "'without prejudice UCC 1-308," presumably intended to imply that plaintiff reserves his substantive rights notwithstanding his signature, has no significance in this context.

[2] Litigants proceeding in forma pauperis are not required to pay the $50.00 administrative fee.  If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments.

1

$400.00. Plaintiff need *not* provide another certified copy of his prison trust account statement for the six-month period preceding the filing of this action.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall, within thirty days from the date of this order, submit a fully-completed affidavit in support of his request to proceed in forma pauperis on the form provided herewith by the Clerk of Court, or the required fees in the amount of $400.00.

2. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed; and

3. The Clerk of the Court is directed to send plaintiff, together with a copy of this order, a new Application to Proceed In Forma Pauperis By a Prisoner.

DATED: July 18, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE